KIRKWOOD, Respondent, v. SMITH, Appellant. (Supreme Court, Appellate Division, First Department. February 9, 1906.) Action by Thomas Kirkwood against Harry M. Smith. C. De H. Brower, for appellant. H. S. Sayers, for respondent. No opinion. Judgment affirmed, with costs.

KISSINGER, Respondent, v. LIVINGSTON et al., Appellant. (Supreme Court, Appellate Division, First Department. February 9, 1906.) Action by Jacob Kissinger against William Livingston and another. W. F. Earp, for appellant. J. T. Booth, for respondent. No opinion. Judgment and order affirmed, with costs.

KLEIN v. GARVEY. (Supreme Court, Appellate Division, First Department. January 12, 1906.) Action by Jacob Klein against Martin T. Garvey. No opinion. Motion denied, on payment by appellant of $10 costs.

KNICKERBOCKER. Respondent, v. CONGER et al., Appellants. (Supreme Court, Appellate Division, First Department. December 30, 1905.) Action by Edwin W. Knickerbocker against Benn Conger and others. P. E. Jones, for appellants. J. L. Bennett, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

KNICKERBOCKER v. CONGER et al. (Supreme Court, Appellate Division, First Department. January 22, 1906.) Action by Edwin W. Knickerbocker against Benn Conger and others. No opinion. Motion denied, with $10 costs.

KNICKERBOCKER TRUST CO. v. ISELIN. (Supreme Court, Appellate Division, First Department. January 12, 1906.) Action by the Knickerbocker Trust Company against Adrian Iselin, Jr. No opinion. Motion granted.

KNICKERBOCKER TRUST CO. v. ONEONTA, C. & R. S. RY. CO. et al. (Supreme Court, Appellate Division, Third Department. December 8, 1905.) Action by the Knickerbocker Trust Company against the Oneonta, Cooperstown & Richfield Springs Railway Company and others.

PER CURIAM. Motion for stay granted, unless plaintiff will stipulate that any of the bondholders may intervene and serve answers on or before December 12, 1905, to which a reply will be served within three days, without the right to said bondholders to amend their answers as of course thereafter. The trial of the action to proceed on December 18th, as specified in the order of November 28th. If plaintiff will so stipulate, motion for stay denied. No costs to either party.

CHESTER, J., not sitting.

KRAGEL, Appellant, v. GREEN et al., Respondents. (Supreme Court, Appellate Division, First Department. February 13, 1906.) Action by Annie Kragel, as administratrix, against Samuel Green and others. No opinion. Motion denied, with $10 costs.

KRIMKO, Appellant, v. NEW YORK CITY RY. CO., Respondent. (Supreme Court, Appellate Division, Second Department. December 29, 1905.) Action by Jacob Krimko against the New York City Railway Company.

PER CURIAM. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event. The admission by the defendant of the allegations of the second and third paragraphs of the complaint establishes the fact presumptively that the defendant was operating the car on which the accident occurred.

KUSHES, Appellant, v. GINSBERG, Respondent. (Supreme Court, Appellate Division, First Department. February 9, 1906.) Action by Alter Kushes against Isidore Ginsberg. B. Tuska, for appellant. L. Salant, for spondent. No opinion. Judgment affirmed, with costs.

LAMBERT, Respondent, v. MUTUAL RESERVE LIFE INS. CO., Appellant. BIDGOOD v. SAME. BRENIZER v. SAME. JOHNSTON v. SAME (nine cases). (Supreme Court, Appellate Division, First Department. December 8, 1905.) Actions by Robert C. Lambert, R. W. Bidgood, Addison G. Brenizer, and Henry P. C. Johnston against the Mutual Reserve Life Insurance Company. F. R. Lawrence, for appellant. G. E. Roe, for respondent Lambert. J. R. Delafield, for respondent Bidgood. No opinion. Determination of Appellate Term in each case affirmed, with costs. See 90 N. Y. Supp. 539.

LANDIN, Respondent, v. CUNARD S. S. CO., Limited, Appellant. (Supreme Court, Appellate Division, Third Department. January 8, 1906.) Action by John Landin against the Cunard Steamship Company, Limited. No opinion. Judgment unanimously affirmed, with costs.

LAWRENCE v. SIAS. (Supreme Court, Appellate Division, First Department. December 15, 1905.) Action by George H. Lawrence against Arthur W. Sias. No opinion. Motion denied, on appellant paying $10 costs and stipulating to be ready for January term.

LAWRENCE, Appellant, v. WILSON, Respondent. (Supreme Court, Appellate Division, Second Department. January 19, 1906.) Action by James V. Lawrence, sole surviving member of the firm of Lawrence Bros., against William C. G. Wilson. No opinion. Order affirmed, with $10 costs and disbursements.

In re LAWSON. (Supreme Court, Appellate Division, First Department. December 15, 1905.) In the matter of Judson Lawson. No opinion. Motion for leave to go to Court of Appeals granted. Question to be settled on entry of order. Application for stay denied, and temporary stay vacated.